## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURIE GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:21-cv-01468-SB |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CARAVEL ACADEMY, INC. and ) | |
| JERRY LAMEY in his official capacity ) | |
| as Head of School, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Laurie Greene ("Plaintiff") and Defendants Caravel Academy, Inc. and Jerry Lamey, in his Official Capacity as Head of School, (hereinafter "Defendants"), by and through their undersigned counsel, stipulate and agree to the dismissal of all of Plaintiff's claims against Defendants with prejudice. Each party is to bear its own costs, expenses and fees.

| | |
|---|---|
| **ALLEN & ASSOCIATES** | **MORRIS JAMES LLP** |
| */s/ Michele D. Allen* | */s/ Allyson M. Britton* |
| Michele D. Allen (#4359) | David H. Williams (#616) |
| 4250 Lancaster Pike, Suite 230 | Allyson M. Britton (#4830) |
| Wilmington, Delaware 19805 | 500 Delaware Ave., Suite 1500 |
| (302) 234-8600 | P.O. Box 2306 |
| (302) 397-3930 (fax) | Wilmington, Delaware 19899-2306 |
| michele@allenlaborlaw.com | (302) 888-6800 |
| | dwilliams@morrisjames.com |
| *Attorney for Plaintiff* | abritton@morrisjames.com |
| | *Attorneys for Defendants Caravel Academy, Inc. and Jerry Lamey, in his Official Capacity as Head of School* |
| DATE: June 9, 2022 | |

**SO ORDERED**, this 20th day of June, 2022.

J.  _____
The Honorable Judge Stephanos Bibas
United States Circuit Judge, sitting by designation